**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**

IN RE:

**DANIEL LEE KINCHEN**                             **CASE NO. 05-14576**

              **DEBTOR**                                  **CHAPTER 7**

*************************************************************************

**AMENDED MAILING MATRIX**
**Verification/Declaration**

The penalties for making a false statement or for concealing property is a fine up to $500.00 or imprisonment for up to five (5) years or both). (18 U.S.C. §§ 152 and 4571).

**DECLARATION**

I, Daniel Lee Kinchen, named as the debtor in this case, and Patrick S. Garrity, counsel of record for the debtor in this case, declare under penalty of perjury that we have read the foregoing mailing matrix consisting of 3 pages, and that it is true and correct to the best of our information and belief.

DATE: October 28, 2005                          /s/ Daniel Lee Kinchen
                                                                               **Daniel Lee Kinchen**

Respectfully submitted:

**STEFFES, VINGIELLO & McKENZIE, LLC**

**/s/ Patrick S. Garrity**
**Patrick S. Garrity (#23744)**
13702 Coursey Boulevard, Building 3
Baton Rouge, Louisiana 70817
Telephone: (225) 751-1751
Fax (225) 751-1998
E-mail Address: pgarrity@steffeslaw.com
Attorney for Debtor

**Daniel Lee Kinchen**

**Case No. 05-14576**
**Chapter 7**
==================================

Creditors to be added:

    Air Control Heating and Air
    14122 Haverhill Avenue
    Pride, LA 70770

    Ascension Water Company
    8755 Goodwood Boulevard
    Baton Rouge, LA 70802

    Ashley S. Burch
    Attorney at Law
    Hudson, Potts & Bernstein, LLP
    Post Office Drawer 3008
    Monroe, LA 71201

    Bayou Millwork
    5501 Jefferson Highway
    Suite 124
    Harahan, LA 70123

    BellSouth
    PO Box 105503
    Atlanta, GA 30348-5503

    Entergy
    PO Box 60069
    New Orleans, LA 70160-0069

    Flooring Direct, LLC
    8431 Airline Highway
    Baton Rouge, LA 70815

    Sprint
    PO Box 541023
    Los Angeles, CA 90054-1023

    Sunrise Construction
    1201 N. Burnside Avenue
    Gonzales, LA 70737

    The Storage Center
    1970 Staring Lane

Baton Rouge, LA 70810

Theodore Wisham's Hauling
11873 Cooper Drive
Baton Rouge, LA  70811


Tri-Star Waste Service
4520 S. Sherwood Forest Boulevard
Suite 104 PMB 63
Baton Rouge, LA 70816

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the *Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines* was served upon:

Air Control Heating and Air
14122 Haverhill Avenue
Pride, LA 70770

Ascension Water Company
8755 Goodwood Boulevard
Baton Rouge, LA 70802

Ashley S. Burch
Attorney at Law
Hudson, Potts & Bernstein, LLP
Post Office Drawer 3008
Monroe, LA 71201

Bayou Millwork
5501 Jefferson Highway
Suite 124
Harahan, LA 70123

BellSouth
PO Box 105503
Atlanta, GA 30348-5503

Entergy
PO Box 60069
New Orleans, LA 70160-0069

Flooring Direct, LLC
8431 Airline Highway
Baton Rouge, LA 70815

Sprint
PO Box 541023
Los Angeles, CA 90054-1023

Sunrise Construction
1201 N. Burnside Avenue
Gonzales, LA 70737


The Storage Center

        1970 Staring Lane
        Baton Rouge, LA 70810

        Theodore Wisham's Hauling
        11873 Cooper Drive
        Baton Rouge, LA 70811

        Tri-Star Waste Service
        4520 S. Sherwood Forest Boulevard
        Suite 104 PMB 63
        Baton Rouge, LA 70816

by depositing same in the United States mail properly addressed and postage prepaid on this 31st day of October, 2005.

        **/s/ Patricia G. Rounds**
        PATRICIA G. ROUNDS, C.B.A
        Steffes, Vingiello & McKenzie, LLC
        13702 Coursey Boulevard, Bldg. 3
        Baton Rouge, Louisiana 70817
        Telephone: 225.751.1751
        Fax: 225.751.1998
        Email: *prounds@steffeslaw.com*